```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

EMANUEL DELACRUZ, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS         24-cv-8198 (JGK)
SIMILARLY SITUATED
                                      ORDER
                      Plaintiff,

          - against -

FAROUK SYSTEMS, INC.,

                      Defendant.
-----------------------------------------

JOHN G. KOELTL, District Judge:

   The parties are directed to discuss settlement and provide an update to the Court by **January 27, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:   New York, New York
         October 29, 2024

                                    /s/ John G. Koeltl
                                    _____
                                        John G. Koeltl
                                    United States District Judge